# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEVIN WILLIAMS,

*Plaintiff*,

v.

FEDEX,

*Defendant*.

Civil Action No. 25-02182 (AHA)

## Memorandum Opinion

Kevin Williams filed this action against FedEx, accusing FedEx of "[t]heft," "negligence," and "[e]motional distress" based on FedEx's refusal to give him a refund; Williams seeks $25,000,000 in damages. ECF No. 1 at 3, 4. The complaint includes no further details.[1]

After Williams filed his complaint, FedEx moved for a more definite statement. ECF No. 4. The court granted the motion and ordered Williams to file an amended complaint by September 15, 2025, warning Williams that failure to do so could result in dismissal of the case. Minute Order (Aug. 25, 2025). After Williams missed that deadline, the court gave Williams another opportunity to file an amended complaint and warned him again that failure to do so by October 23, 2025, may result in dismissal of the case. Minute Order (Oct. 9, 2025). Williams missed that deadline and has not filed an amended complaint to date.

The court may dismiss a case for failure to prosecute "upon the Court's own motion." Local Civ. R. 83.23; *see Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011)

---

[1] The court previously dismissed a virtually identical action brought by Williams against FedEx for failure to prosecute. *See Williams v. FedEx*, No. 24-cv-00604, 2025 WL 358761, at *1 (D.D.C. Jan. 31, 2025).

("District courts have inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order."). Here, Williams has not filed an amended complaint or otherwise sought an extension to do so, despite two deadlines passing and the court's warnings that his case may be dismissed. The court accordingly dismisses this action without prejudice for failure to prosecute. *See, e.g.*, *Hatton v. Mehrotra*, No. 22-cv-1587, 2022 WL 17146752, at *1 (D.D.C. Nov. 22, 2022).

A separate order consistent with this decision accompanies this memorandum opinion.

_____
AMIR H. ALI
United States District Judge

Date:   November 25, 2025